CASE 1:25-CV-00678-MHH-HNJ

## Motion for Extension

Your Honor,                                                                 7-10-25

My name is Wilbert Theodore #13188033. I've just received the order notifying me that my case is ripe for summary disposition. However, I still haven't received the Respondent's Reply as of yet. Being that the mail here is apparently slow and unpredictable as to when I will receive the Respondent's Reply, I'm requesting an extension of 30 days in addition to my present deadline. Thank you for your cooperation in this matter.

This brief is submitted this 10th day of July, 2025, and all statements contained herein are true and accurate to the best of my knowledge and belief and so presented under penalty of perjury.

*W.A. Theodore*
Wilbert Theodore #13188033
FCI Forrest City-Low, P.O. Box 9000
Forrest City, AR 72336

### — Certificate of Service —

I, Wilbert A. Theodore, movant and person in federal custody declare, under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that the included brief was placed in the prison mailing system with first class postage prepaid on 7-10-25

Respectfully executed on this 10th day of July 2025

*W.A. Theodore*
Wilbert A. Theodore

⇔13188-033⇔
Wilbert Theodore
#13188-033
FCC Forrest City Low
PO Box 9000
Forrest CITY, AR 72336
United States

MEMPHIS TN 380

12 JUL 2025   PM 1   L



Legal Mail

⇔13188-033⇔
Clerk of the Court
United States Court House
Hugo L. Black
1729 5TH AVE N
Nothern Dist. of Alabama
Birmingham, AL 35203
United States

35203-200099